IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CHAZ D. PINKSTON, # 148934**                                                                    **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 5:18cv103-DCB-MTP**

**PELICIA HALL, JERRY WILLIAMS,
TONY COMPTON, AMERICAN
CORRECTIONAL ASSOCIATION,
MANAGEMENT AND TRAINING
CORPORATION, TRINITY, DIRECTOR D.
BANKS, LARRY LEE, ROBYN
WILLIAMS, JODY BRADLEY, GABRIEL
WALKER, CASE WORKER JANUARY,
TONYA TOOMEY, TERRY DANIELS,
JUSTIN GREEN, LIEUTENANT GASTON,
LIEUTENANT GUEHO, DELANDO
MILES, MICHAEL JOHNSON, JACOB
JONES, OFFICER C. HUGHEY, OFFICER
B. CHESTER, OFFICER KING, NURSE
ROBERTSON, UNIT MANAGER BROWN,
ROGER DAVIS, NUTRITIONAL
SUPERVISOR DUNMORE, JAMES A.
GONDLES, RICHARD PENNINGTON,
MISSISSIPPI DEPARTMENT OF
HEALTH, and ROBERT MARQUARDT**                                                      **DEFENDANTS**

## ORDER ADDING DEFENDANTS

BEFORE THE COURT is pro se Plaintiff Chaz D. Pinkston's Response [8, 10].  The Response adds Jacqueline Banks, Joe Errington, Gregory Smith, Warehouse Supervisor Dixon, Gloria Perry, Centurion of Mississippi, L.L.C., Mike Hattan, April Meggs, Nathaniel Reed, and Dr. James Burke as Defendants.  The Clerk of Court shall add them to the docket.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall add Jacqueline Banks, Joe Errington, Gregory Smith, Warehouse Supervisor Dixon, Gloria Perry, Centurion of

Mississippi, L.L.C., Mike Hattan, April Meggs, Nathaniel Reed, and Dr. James Burke as Defendants herein.

**SO ORDERED**, this the 10th day of December, 2018.

s/ Michael T. Parker<br>UNITED STATES MAGISTRATE JUDGE