January 3rd, 2019

From: Chaz Pinkston
M.D.O.C.#148934
Wilkinson County Warehouse Facili
Unit: H.J.K H-pod Cell#108

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 2 3 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

To: Robert Marquardt   and   Robyn Williams
    Founder               Vice President of Region I

    This is letter number seven (7) at the beginning of 2019. I am tr
uly regretfull for stating; that Tonya Toomey is somewhat innocent in al
l this foolishness. Long-Term segregation (which is the epitome of "m
aximum security") is a PROGRAM that also encompasses - Or ["hol
ds"]- other programs such as Protective Custody, High Risk, S.T.G., S.T
.S., and Prison Writ Writers. Yet, Gabriel Walker, Gregory Smith, Tonya Toom
ey, Terry Daniels, plus M.D.O.C. Contract Monitor-Larry Lee all are vigorously
pretending as if Long-Term segregation here is just regular general popul
ation.

    Point! It is well noted on the video camera(s), paper log(s), logbook(s),
etc.... that we are not getting recreation as mandated. However, on
H-pod on this very end there hasn't been a television now for six (6)
months and still counting (straight)! I as well as multiple other prison
ers living in this area have repetitiously told all regular and outside pa
ssersby(s) including the above mentioned plus the M.T.C. Auditor's in Nov
ember of 2018-Mike Atchinson and D. Crabber - while in the company of
M.T.C. Compliance Officer-Ms.Tapplin and Lt. John Geuho. I also infor
med M.T.C. Director-Ms. McMullen back in October of 2018. Now Tonya Too
mey is Deputy Warden of Programs and she keeps throwing the weight and
blame on her sorry superior's about getting the television put up as they
all throw the blame on her. Tonya Toomey has multiple new tv's sitting up
in her office yet refuses to put up any tv on H-pod in Long-Term so she
is directly abandoning and refusing to obey/do her sworn duties as the
Deputy Warden Of Programs. Also, there are tv's and microwaves on her
High Risk Program but NO microwaves are anywhere to be seen on any of
these three Long-Term pod's.

    Yes, it is obvious that none of you all subordinate(s) told you all of the pri
ce tag attached to denying me equal rights as all the other prisoners in this
Long-Term/"maximum security" Program; continuously subjecting me too "collective/
group" and "corporal" punishment(s); disregarding my individual say as a third-party

beneficiary of the contract signed with the Mississippi Department Of Corrections plus the State Of Mississippi to operate your "company" within this State; and in accordance with the U.S. Constitution to protect my "civil, legal, and applicable constitutional rights, privileges, guarantees. Yeah, you all forced Jody Bradley to retire as of January 11th, 2019. Though you still admittedly stand by and with all four (4) of the other big CORRUPT.

Yeah, this is proven due to, Mrs. Lauren Turner, having a majority vote signed through petition's from every Long-Term segregation prisoner who is demanding a cease and desist of these torture tactic's. Mrs. Lauren Turner actually should have been appointed as the Chief Of Security/Major/Unit Manager for Long-Term segregation "maximum security." However, the apparent jealousy of Mrs. L. Turner coming over to Long-Term segregation doing Jody Bradley, Gabriel Walker, Gregory Smith, Tonya Toomy, Terry Daniels, and Larry Lee jobs was/is too much to stomach so not only is she not being promoted to her accurate potential, she is not even allowed over here without idiots permission. Yes, Terry Daniels, a known sexual harrasser likes to keep Mrs. L. Turner in his office and/or out in the open away from Long-Term prisoners especially though relatively all prisoners in general! I see that you "two" don't possess enough sensiblity by not ordering her to be promoted as well as Terry Daniels to be fired!

Anyhow, we will discuss all of this at trial. Oh, did you all both receive your summons yet? We go to Court this year and trial next year. I will be collecting on the $500.00 (per day) that I ain't got mandated excercise throughout 2018 plus this year; the $5,000.00 (per month) bill that has been incurring for not being able to watch television for six (6) months straight and still counting—I have missed all the college and pro football season: FIFA WORLD CUP matches: majority of the NBA regular season: college football playoffs: the start of the NFL playoffs: the baseball season/playoffs/World championship: and numerous television shows on fox plus movies that these other prisoners say they saw— all due to "collective/group" punishment designed, orchestrated, and funded by you two administrative buddies. Oh, both of the above rates will be payed from each of you along with all the above buddies of yours. No, I wasn't stating one single sum from a collected group. It takes all of you individually, first to break the law(s) than as a group, second in order to cover up, lie, and pretend you weren't aware of these inhumane, unsanitary, unsafe, unsecure, dysfunctional, torture tactic's and condition's of confinement.

Nope, I don't expect for you two neither your corrupt subordinate buddies to read this letter neither obey it! Old folks always say: 'Stupid Does What Stupid Is'. Ya'll are executives with multi-millions at your disposal and many employees so ya'll can tally up how much you plus them will

pay out to me individually just for the recreation and tv-less days and months. I honestly like writing you two right now because I know while you two and all your they(s) is laughing and scheming now; I and my family will benefit in the long run. Hey, I wonder if you two put in on the pot too have me stabbed here along with Jody Bradley, Gabriel Walker, Gregory Smith, Tonya Toomey, Terry Daniels, Lt. Gaston, Sgt. C. Hughey, and CaseWorker January plus Larry Lee? I know these names have been circulating it throughout Long-Term Segregation and High-Risk but am still waiting to see/hear all the idiots involved who honestly believe they will keep setting up prisoners back here and want be investigated, arrested, tried, and convicted. When under trial, let no one say: "I am being tried by God." For with evil things God cannot be tried, nor does he himself try anyone. But each one is tried by being drawn out and enticed. — Or "caught as by bait." — by his own desire. Then the desire, when it has become fertile — Lit, "has conceived." —, gives birth to sin; in turn sin, when it has been carried out, brings forth death. — James 1:13-15.

All of us prisoner's know that jealousy and envy are the two foremost reasons that Gabriel Walker, Jody Bradley, Tonya Toomey, Gregory Smith, and Terry Daniels don't want and continually refuse Mrs. Lauren Turner from being the Major plus Unit Manager. It is almost unreal how she and Sgt. Selvage handle things while getting things done simultaneously for the entire Long-Term Program!! My amazement and bewilderment is why wouldn't you two (2) want Long-Term "maximum security" to be ran effectively, efficiently, and at a higher standard? You two are proving that you all are in agreement with this corruption here. Out of all these letters that I have personally sent to you two (2) not even "one (1)," thing has been corrected! Yeah, you all are one hundred (100) percent encouraging, backing, and supporting the illegal "collective/group" punishment being implemented plus the "corporal" punishment being so rigorously/vigorously enforced.

From November 2018 'til the present date of January 8th 2019 my legal mailings that the S.P.L.C. attorney(s) have been sending me have steadily being returned to their office without ever being given to me nor shown/told me that I had legal mail. The attorney(s) their had to inform me via phone that all the mail they had sent me was being returned to them as if I wasn't at this place anymore. The mail Clerk doesn't bring legal mailings on the pod's neither do we receive legal mailings within the same day they are received. If officer's don't bring us our mail (after it has been left in the tower by mail Clerk C. Clemens) than it will just sit in the tower for weeks or months until someone takes it back to the mailroom. I told Unit Manager-Perkins who stopped and brought Deputy Warden-Gabriel Walker to the cell door on Monday January 7th 2019 during the TB shots. Yet, still to no avail after I told Gabriel

Walker that day.

On January 9th, 2019, (per order) of Major-Terry Daniels I was sprayed excessively nine (9) times while in the cell doing legal work than when I came out to (supposedly) under the disguise of going to the clinic for decontamination. I was instead denied medical attention by Sgt. Fulton, C/O Wasson, and Lt. J. Gueho who was called down here during the excessive use of force while I was in the cell. I was assaulted while in full restraints once I was pulled outside in the freezing cold without a jacket. Sgt. Fulton and C/O Wasson rammed me up against the cage door twice then threw me on the ground. Lt. Gueho didn't say anything until all the other prisoners on the yard became vocal and upset. Yes, Major-Terry Daniels ordered the assault and is still giving the greenlight to abuse me as he has done in the past. I promise to send him to prison along with you two if you don't fire him expeditiously.

Terry Daniels also still dictating medical issues/situations/treatment/care.

I will see you all in Court about all of this.

Truly,
'Sir' Chaz Pinkston

01-10-19

On Wednesday January 09th, 2019 Offender Pinkston was jumped on and abused and assaulted by Lt. Williams, Lt. John Gueho, Sgt. Fulton, and C/o Officer Watson all because they forced all twenty inmates to go out on yard call they lied to us by telling us that our cells was going to be panted and our cells never got panted at all and they sprayed all of us with some mace, pepper spray, and tear gas and they also refused us medical assistance, medical help, medical treatment, and a shower call.

Respectfully Yours

William Davidson

01-10-19

On Wednesday January 09th, 2019 offender Finkston was jumped on and abused and assaulted by Lt. Williams, Lt. John Gueho, Sgt Fulton, and % officer Watson all because they forced all twenty inmates to go out on yard call. they lied to us by telling us that our cells were going to be painted and our cells never got painted at all. also some inmates got sprayed with mace, pepper spray or tear gas. They were also refused medical assistance, help or treatment or a shower call.

LEGAL

Respectfully Yours
Matthew C. Tucker

# Certificate Of Testimony

I, Jadarius Walton #197204, Do Hereby Certify that I will Testify for the plaintiff, "C. Pinkston #148934," In Civil Action No., 5:18-CV-00103-DCB-MTP, I, Jadarius Walton #197204 Have Discussed the Testimony At hand with Plaintiff And I Have Listed A "Brief summary" Of My Testimony Of My Authenticated Testimony On The plaintiff witness List

This the 7 day of January, 2019

signature J. Walton
M.D.O.C 197204
Address 4966 Hakin
Ray Dr. Antioch,
TN 37013

# CERTIFICATE OF TESTIMONY

I, BRANDON JOHNSON #189267, DO HEREBY CERTIFY THAT I WILL TESTIFY FOR THE PLAINTIFF, "C. PINKSTON #148934", IN CIVIL ACTION NO, 5:18-CV-0103-NCB-MTP. I, BRANDON JOHNSON #189267 HAVE LISTED A BRIEF SUMMARY OF MY TESTIMONY OF MY AUTHENTICATED TESTIMONY ON THE PLAINTIFF WITNESS LIST.

THIS THE 7 DAY OF JANUARY, 2019

SIGNATURE: x x B. John

M.D.O.C. x # 189267

ADDRESS: 2999                    WOODVILLE, MS

# DECLARATION

Pursuant to 28 U.S.C. § 1746

I MR. KEVIN K.C. Russell declare under penalty of perjury that the following is true and correct.

1.) The deficiencies in medical care puts the system at high risk to experience serious and medically significant shortfalls in health services delivery. For the prisoners, it inevitably means unnecessary suffering and exposure to the most severe negative medical outcomes. The urgency of the situation cannot be sufficiently stressed.

2.) I have not been called to sick call here at WCCF even though some of my sick calls requesting to been seen date back to last year 2017.

3.) The Wilkinson County Correctional Facility's medical staff should provide timely and adequate access to care to meet prisoner's serious medical needs and ensure that services meet generally accepted professional standards, but they do not.

4.) Ordered medication and refills have not been timely and without interruption for my self a patient with chronic diseases. Asthma, Diabetic, High Blood Pressure and nerve damage.

) The deficiencies in medical care are so serious that we can't in good conscience wait much longer to apply to the court for relief.

I declare under penalty of perjury that I MR. KEVIN K.C. Russell am the declarant and the information in this declaration is true and correct to the best of my knowledge.

This the 28 DAY OF MARCH 2018

Mr. Kevin K.C. Russell

I am a long-term segregation prisoner housed on H-Pod in "maximum security" here At wilkinson county correctional facility. I can't wait to attest to the inhumane, unlawful, disgusting bias, and torture tactics I have witnessed since I have been living here for months. I myself have witnessed multiple prisoners being sprayed with chemical aerosol agents without the use of force camera plus left in the cell and denied medical treatment after being heavily sprayed by these administrator's the few I have seen placed in the shower and/or taken to medical were still brought right back and forcibly thrown back into the exact same cell which is full of mace and the other chemical aerosol agents that were sprayed in there on thrown in there by tear gas bomb and/or grenade. I'm a witness to seeing and saw his trays sit and pile upon the telephone wall for at least a week, we all are steadily being facility subjected to "collective/group and corporal punishment" this administratively for issues, incidents, and problems arising out of general population plus when the administration gets upset with one or more prisoners in "maximum security" they punish everyone in "maximum security" as a whole due to their mistakes) we are responsible for one another therefore being our brother's/neighbor's keeper's) which is totally bias to us all being in single man cells and alot of us not being affiliated yet the administration has from the, lieutenant up to the MDOC contract monitor, are saying we all are, I have times then that, they starve us on the tray by giving baby portions of everything then filling up the tray over with water predominantly in every slot. The administration tells and trains all staff that live back here to only concern themselves with closing the tray slots after serving the food and to give us they juice packs instead of any liquid beverage from the kitchen. They say, "the warden(s), major and captain(s) say that, "we," have water in our sink's and toilets so use it instead when we get thirsty plus when we get sprayed with mace, tear gas, and/or pepper spray to decontaminate our selves in the toilet and/or sink because their wont

No law saying we gotta goto do a medical for decout arm/nition no-
be placed in the shewer," the water in all the sink's changes
colors at least twice a week due to rust and lead being
heavily laced/caked up inside all of them. the power goens
out at least 5 times a week though something at least
5 times a day, we have only been outside in total
of of all the week's out of this year for one full month
the administration says that recreation is a privilege not
a right it can be taken at any time for an IN definite
term if need be, this administration comes once a week
to the pour (mostly between Friday and sunday) Just to
sign the log so as to say that they have made their
weekly rounds on all three pods on paper yet on the pod
cameras they never appears they dont follow any laws
or policies set forth by the American correctional association
by mpoc, by the federal government, neither by the state,
they lie all the time and only acknowledge and enforce
their "in-house" rules and torture schemes, none of us
back here have ever gotten any cell sanitation, the toilets
are full of mold spores and thick filthy black rings.
the air vents all blow out thick black mold and
the wall all have advanced mildew in the so much
that the stench is nauseating the ants putn the
cells everywhere day and night and love to crawl
on to the racks and bite, it's normal to eat at the
cell door in order to keep the food scooty away
and off of the rack, when we do thing to break
mpoc rules the administration orders that we receive
rule violation reports based on mpoc disciplinary policy
However we keep getting punished illegally every time an issue
arises for general population their is no, one to chastise
them because the mpoc contract monitor Larry lee is allowing
them to do as they want as well as the ACA as Dizons
Just came for refused to even come on this pod on 12700

due to the major and vice president robba williams
redirecting them away, though all of us over here were
calling them and waving our hands plus beating on the
door's trying to get their attention. But despite all these
well-known and easily seen inadequate housing violations
and mistreatment the ACA auditors always always gives
this administration and MDOC a passing grade. Yes, we are
deprived totally of all our constitutional rights,
guarantees and privileges to the point it's as if we are
living though in a dead state, we don't get library call
or religious services because the administration doesn't
want us to have either, don't get social services neither
does the mental health therapist come back besides
once every few month's. We never receive new clothing
every six months or any other time despite this being
MDOC policy, the showers and zone are so filthy that
worms and gnats and flies are regularly seen in them
the pod and showers only get scrubbed a few weeks before
the ACA audits then once they have disappeared everything
goes back to stinking, when the toilets and/or drains
on the pod overflow then we have to find water to get
it out ~~from under~~ the cell floor plus use soap
to try to clean up afterwards because of staff refusal
to do cell sanitation period, the staff picks and choose
who is allowed ILAP services every week and
medical call based upon who they like and who hasn't beat
on the cell door that week, to close the tray slots just
to get staff to come to the cell door then you must be
able to take in at least one full can of mace before you are
taken seriously, there is much proof of everything on the
zone camera's because the use of three camera's are either turned
off when staff sprays or just do blatant wrong doings is
edited for explicit content, and/or just taped over. ~~I~~
I pursuant to 28 usc 1746 I declare (or certify) verify, or state under
~~the~~ penalty of perjury that the foregoing is true and correct
signed this 22 day of August 2018 signature and ~~christian~~ff~~

# "Certificate Of Testimony"

I L. Christmas #130719 Do Hereby certify that I will

Testify For The Plaintiff, "L. Pinkston #148934," In Civil

Action No,

( ~~5:18-cv-00103-DCB-MTP~~ ), &, <sup>Chancellor Christmas #130719.</sup> have

Discussed the testimony At hand with the plaintiff and I have

listed A "Brief summary" of my Testimony of my

Authenticated testimony on the Plaintiff's (witness list)

. This the 22 day Of August 2018

Signature: Chancellor Christmas
MDOC # 130719

Address: wilkinson county Correctional facility.

unit H. J-k H-po & cell #210
P.o. Box 1889
2999 U.S. Hwy 61 North
Woodville, MS 39669

# Witness Statement

Ruben Brown Jr.
#165250

I'm being Housed on Long Term in cell #204 on M-Pod as a prisoner in "Maximum Security" Here at Wilkinson County Correctional Facility. I'm Beyond Ready to attest to the Inhumane, unlawful, disgusting bias and torture tactics I've witnessed Since I've Been Housed on this Same Pod For almost a year Now. Not only Have I witnessed Multiple Prisoners Being sprayed with Chemical Aerosol Agents without the use of Force camera Pluse Left In the cell, And Denied Medical treatment after Being heavily sprayed by staff and Administrators, But I myself Have underwent the same Hardship and treatment. The Few times I've seen Prisoners Placed in the Shower and/or taken to Medical, they were still brought Right Back to the Pod And Forcibly thrown Back into the exact same cell which is Full of the Mace, and other Chemical Aerosol Agents that were Sprayed into or thrown in By tear gas bomb and/or grenade. I've Also witness Captain J. Green order OFFicers to Starve Prisoner Pinkston, and Saw his trays Sit on the telephone wall Pileing up For At Least a week. We all are steadily Being Forcibly Subjected to "collective/group and corporal Punishment" By The Administration For issues, Incidents and Problems arising out in General Population, Pluse when the administration Gets upset with one or More Prisoners in "Maximum Security" they Punish everyone in "Maximum Security" as a whole Due to Their Motto(s) "We Are Responisible For one Another therefore Being our Brothers/Neighbors Keepus or "One apple Spoils The Bunch" This is total Bias to us all By us Being Confined in Single Man cell and a lot of us Not Being affiliated, Yet the administration Here From the Lieutenant up to the MDOC Contract Monitor are Sayin we all are. I haven't Had a Haircut Since I've came to Wilkinson County. There are others who May Have Had only one Haircut that I've witnessed. We are Being Starved on the trays we are Being Fed. They Give us Baby Portions of everything then Filling the tray up Predominantly with water. The administration teach and train all Staff that work Back Here to only concern themselves with Closing the tray slots after serving the food and to Give us tiny juice Packs instead of any liquid Beverage From the Kitchen. They Say The Wardens, Major and Capt. Say that we Have water in our sinks and toilets Souse it instead. When we Get thirsty or Get sprayed with Mace, Tear gas and/or Pepper Spray to Decontaminate ourselves in the toilet or Sink

Because there Isn't A Law saying We are allowed Medical For Decontaminate.
Nor can we Be placed In the shower. The water in the Sink change Colors at least twice a week Due to Rust and lead being Heavily laced/caked up in the pipes. The power Goes out at least Five to six times a week, although sometimes five times a day We have only Been allowed to Go outside Maybe Five times this year. The administration says that Recreation is a Privilege Not a Right, Do it can Be taken at any time for an Indefinite term if Need Be. This administration comes once a week to the tower (mostly on a Friday or Sunday) just to sign the Log Book So as to say that they Have made their Rounds for the week on all three pods yet the Pod Cameras will show that they never appear. They don't Follow any of the Laws or Policies Set Forth by the American Correctional Association By MDOC, By the Federal Government, nor By the State. They lie all the time and Only acknowledge and enforce their In-House Rules and torture schemes. We Never Resive cell sanitation. The toilets are Full of mold spores and thick Filty Black Ring. The air vents all Blow out thick Black mold and the walls Have advanced milder in them So much so that there is a Stinch that is Nauseating. Ants are everywhere In the cells Day and Night crawling onto the Racks Biting us. It's normal for us to eat at our cell doors to keep the Food away From and off The Rack. We Have not table or chair in the cells When we do things to Brake MDOC Rules The Administration orders that We receive Rule Violation Reports Based on MDOC Disciplinary Policy, However We keep Getting Punished For issue arising In General Population, Yet this is Illegal And there is No Body to Chastise them Because the MDOC Contract Monitor Larry Lee is allowing them to do as they want as well as the A.C.A auditors that come Here three times a year In January, July and December. The A.C.A auditors Recently came Yet Refused to even come on this Pod or K-Pod Due to the Major and The Vice-President Robyn Williams Redirecting them away. Despite all of the Prisoners on our Pod calling, waveing and Beating on Doors trying our Best to Get Their Attention. And Despite all these Well Known and easily Seen inadequate Housing Violations and Mistreatment the A.C.A auditors Always Give This administration and MDOC A passing Grade. Yes, we are Deprived totally Of our Constitutional Rights, Guarantees, and privileges to the point its as if we're Living In a Dead State. We don't Get Library Call nor Religious service Because The administration Doesn't want us to Have either.

We dont Recive Social Service Nor Do the Mental Therapist Com Back Here Be sides once every Few months. We Never Recive New Clothing every Six months or Any other time despite this Being MDOC Policy. The Showers and the zone are So Filty that Worms and gnats are regularly seen in and around them. The Pod showers only Got scrubbed a Few Weeks Before the A.C.A audits, Then once they Have disappeared every thing goes Back to Stinking, when the toilets and/or Drains on the Pod over Flow, we Have to Find Way to Get the Waste off the cell Floor ourselves useing the soap we are given once a week Because staff refusal to do Cell Sanitation Period. The staff Picks and Chooses who is allowed I.L.A.P. Services and Medical Call Based upon who they like and who Hasn't Beat on the cell Door that week. We Have to Beat the cell door, Start Fires or flood and IN some cases Refuse to allow Staff to close our tray Flap to Get the least of Help. There is muln Proof of every thing on the zone Cameras. The Use of Force camras "Some How" always get either turned off or taped over. Deriously, the Sprays or Just blatant Wrong Doings are always Covered up. The administrator and Staff Calls us Dogs Niggers, and other Degrading Names. I can not wait to testify to these truths, Facts and so much more. Please let my Voice Be Heard at Your Public trial Your Honor!!!

Pursuant to 28 U.S.C 1746 I declare (or certify verify, or State) under Penalty of Perjury that the Foregoing is true and Correct.

Signed This 20th day of August 2018.

Ruben Brown Jr.
#165250

# Certificate OF Testimony

I Ruben Brown Jr. #165250 Do Hereby Certify That I Will Testify For The Plaintiff, C. Pinkston #148.934 In Civil Action No. (5:18-cv-00) (103-DCB-MTP) I Ruben Brown Jr. #165250 Have Discussed The Testimony At Hand With The Plaintiff, And I Have Listed A Brief Summary Of My Testimony Of My Authenticated Testimony On The Plaintiffs Witness List

This is The 20th Day of August 2018

Ruben Brown Jr.
#165250
Address: Wilkinson County Correctional Facility
Unit: H.J.K / H-Pod Cell #204
P.O. Box 1889
2999 U.S. Hwy 61 North
Woodville, MS 39669

I am a longterm Segregation prisoner housed on H-pod in Maximum Security "I have a Wilkinson County Correctional Facility. I can't wait to attest to the inhumane, unlawful, disgusting bias, and torture tactics I have witnessed since I have been living here for Months. I myself have witnessed Multiple prisoners being sprayed with chemical Acrosol Agents without the use of Force camera plus left in the cell and denied Medical treatment after being heavily sprayed by these administrator's. The few I have seen placed in the showers and or taken to medical were still brought right back and forcibly thrown back into the exact Same cell which is full of mace and the other chemical Acrosol Agents that were sprayed in there or thrown in there by teargas bomb and/or grenade. I'm a witness to seeing and hearing the Captain, J. Firew order officer's to starve prisoner Pinkston and saw his trays sit and pile up on the telephone wall for at least a week. We all are steadily being forcibly subjected to "collective/group and corporal punishment" by this administration for issues, incidents, and problem arising out of general population plus when the administration get upset with one or more prisoners in "Maximum Security" as a whole due to their Moto(s), "We are all Responsible for one Another there fore being Our Brother's/Neighbor's Keeper(s)." Which is total bias to us all being in single man cells and a lot of us not being affiliated yet the administration here from the, Lieutenant up to the MDOC Con-tract Monitor, are saying we all are. I have gotten only on haircut in six months though other haven't received one in longer times than that. They starve us on the trays by giving us baby portions of everything than filling up the trays with water predominantly in every slot. The administration tell's and train's all staff that work back here to ONLY concern themselves with closing the trays slots after serving the food and to give us tiny juice packs instead of any liquid beverage from the kitchen. They say, THE Warden(s), Major, and Capt'us(s) say that "We" have water in our sinks and toilets so use it instead when we get thirsty plus when we get sprayed with Mace, Teargas, and/or pepper spray to deconta-minate our selves in the toilet and/or sink because there ain't no Law saying we got to go to medical for decontamination nor be placed in the shower's!" The water in all the sinks changes colors at least twice a week due to rust and lead being heavily laced/caked up in all of them. The power goes out at least 5 times a week though sometimes at least 5 times a day, We have only been outside in total of all the weeks out of this year for one full Month. The administration says

that recreation is a privilege not a right so it can be taken at any time for an indefinite term if need be. THIS administration comes once a week to the tower (mostly between Friday and Sunday) just to sign the log so as to say that they have made their weekly rounds on all three pods on paper yet on the pod cameras they never appear. They don't follow any law or policies set forth by the American correctional Association, by MDOC, by the Federal government, neither by the state. They lie all the time and ONLY acknowledge and enforce their in-house rules and torture schemes, none of us back here have ever gotten any cel sanitation. The toilets are full of mold spores and thick filthy black rings. The air vents all blow out thick black mold and the walls all have advanced Mildew in them so much that the stink is have eating. The ants patrol the cells everywhere day and night and love to crawl onto the rocks and bite. It's normal to eat at the cell door in order to keep the food scent away and off of the rack. When we things to break MDOC rules the administration orders that we receive Rule Violation Reports based on MDOC Disciplin any policy. However, we keep getting punished illegally every time an issue arises in general pop ulation there is no one to chastise them because the MDOC contract Monitor Lavvy Lee is allowing them to do as they want as well as the A.C.A. auditors that come here three times a year in January, July and Dec ember. The A.C.A. auditors just came yet refused to even come on this pod or K-pod due to the Major and vice president Robyn Williams re-directing them away. Though all of us over here were calling them and waving our hands plus beating on the doors trying to get their attention. But despite all these well-kno wn and easily seen inadequate housing violations and mistreatment the A.C.A. auditors always always always give this administration and MDOC a passing. Yes, we are deprived totally of all our constitutional rights, guarantees, and privileges to the point it's as if we are living though in a dead state. We don't get library call or religious services because the administration doesn't want us to have either. We don't get social services neither does the Mental Health Therapist come back besides once every few months. We never recieve new clothing every six months or any other time despite this being MDOC policy. The showers and zone so filthy that worms and ants and flies are regularly seen in them. THE pods show is only get scrubbed a few weeks before the A.C.A audits, than once they have disappeared everything goes back to stinking. When the toilets and/or drains on the pod overflow then we have to find ways to get it off the cell floor plus use soap to try to clean up afterwards because of staff refusal to do cell sanitation period. The staff picks who choose who is allowed I.L.A.P. services every week and medical call based upon who they like and who hasn't beat on the cell door that week. We have to beat on the cell door, set fires, flood, or refuse to allow them to close the tray slots just to get staff to come to the cell door than you must be able to take wat least one full can of mase before you are taken seriously. There is much proof take in at least one full can of mase before you are taken seriously. There is much proof Take in at least one full can force cameras are either turned off when staff do everything the same spray of just do blatant wrong doing, is edit ed for explicit content, and/or just taped over seriously, the administrators call us nigga's and Dogs. The white dudes are the nigga's and every other color is called a Dog. I can't wait to testify to these truth and facts plus many many many more. Please let my voice be heard at a public trial

Your Honor!!

Pursuant to 28 U.S.C. 1746 I declare Corcertify verify
Or state) under of perjury that the foregoing's true and correct.

Signed this 19 day of August 2019

Signature and MDOC Robert T Harper #33594

# "Certificate Of Testimony"

I, Robert T. Harper #33594, Do Here by Certify THat I will Testify For THe Plaintiff, "C. Pinkston #148934", In Civil Action No., 5:18-cv-00108-DCB-MTP, cl, Robert T. Harper #33594, Have Discussed THE Testimony At Hand with THe Plaintiff And I Have Listed A "Brief Summary" Of My Testimony Of My Authenticated Testimony On THE Plaintiff's Witness List!

This the ___1st___ Day of November, 2018

Signature: Robert T. Harper
MDOC # 33594
Address: 221 EIM St
Clarksdale MS,
38614

# "Witness Statement"

Trevre Hill MDOC# 193467

I am a long-term segregation prisoner housed on H-pod in "Maximum Security" here at Wilkerson County Correctional Facility, I can't wait to attest to the inhumane, unlawful, disgusting bias, and torture tactics I have witnessed since I have been living here for months, I myself have witnessed multiple prisoners being sprayed with chemical Aerosal Agents without the use of force camera plus left in the cell and denied medical treatment after being heavily sprayed by these administrator's. The few I have seen placed in the shower and/or taken to medical were still brought right back and forcibly thrown back into the same exact cell which is full of mace and the other chemical Aerosol Agents that were sprayed in there or thrown in there by tear gas bomb and/or grenade. I'm a witness to seeing and hearing the Captain J. Green order officers to starve prisoner Pinkston and saw his trays sit and pile up on the telephone wall for at least a week. We all are steadily being forcibly subjected to "Collective/group and corporal punishment" by this administration for issues, incidents, and problems arising out of general population plus when the administration gets upset with one or more prisoners in "maximum security" as a whole due to their MOTC'S); "We Are All Responsible For One Another therefore being Our Brother's/Neighbor's Keeper(s)" which is total bias to us all being in single man cells and alot of us not being affilated yet the administration here from the, Lieutenant up to the MDoc Contract Monitor, are saying we all are. I have gotten only one haircut in six months though others haven't received one in longer times then that. They starve us on the trays by giving us baby portions of everything then filling up the trays with water predominantly is every slot. The administration tells and trains all staff that work back here to ONLY concern themselves with closing the tray slots after serving the food and to give us tiny juice packs instead of any liquid beverage from the kitchen. They say, the Warden(s), Majors, and Captain(s) say that "we" have water in our sinks and toilets so use instead when we get thirsty plus when we get sprayed with mace, Tear Gas, and/or Peppersprayed to decontaminate ourselves in the toilet and/or sink because their aint No Law saying we gots to go to medical for decontamination nor be placed in the shower!? The water in all the sinks changes colors at least twice a week due to rust and lead being heavily laced/caked up inside all of them. The power goes out at least 5 times a week though sometimes at least 5 times a day. we have only been outside in total of all the weeks out of this year for one full month. The administration says that recreation is a privilege not a right so it can be taken at any time for an indefinite term if need be. This administration comes once a week to the Tower (mostly between Friday and sunday) just to sign the log so as to say that they have made their weekly rounds on all three pods of paper yet on the pod camera's they never appear. They don't follow any laws or policies set forth by the American Correctional Association by M.D.O.C, by the Federal government, neither by the state. They lie all the times and only acknowledge and enforce their 'in-house' rules and torture schemes. None of us back here have ever gotten any cells sanitation. The Toilets are full of

mold spores and thick filthy black rings. The air vents all blow out thick black mold and the walls all have advanced mildew in the so much that the stinch is nauseating. The ants patrol the cells everyday also spider all day and night and love to crawl on the racks and bite. It's normal to eat at the cell door in order to keep the food scent away and off of the rack. when we do things to break MDOC Disciplinary Policy, however, we keep getting punished illegally everytime an issue arises in general population their is no-one to chastise them because the MDOC rules the administration orders that we receive Rule Violation Reports based on MDOC Disciplinary Policy, MDOC Contract Monitor Larry Lee is allowing them to do as they want as well as the A.C.A auditors just what comes here three times a year in January, July and December. The A.C.A auditors just come yet refused to even come on this pod or K-pod due to the major and Vice President Robyn Williams re-directing them away. Though all of us over here were calling them and waving our hands plus beating on the doors trying to get their attention. But despite all these well-known and easily seen inadequate housing violations and mistreatment the A.C.A auditors always, always, always give the administration and MDOC a passing grade. Yes, we are deprived totally of all our Constitutional rights, guarantees, and privileges to the point its as if we are living though in a dead state. We don't get library call or religious services neither does the Mental Health Therpist come back besides once every few months. We never receive new clothing every six months or any other times despite this being MDOC policy. The showers and zone are so filthy that worms and gnats and Flies are regularly seen in them. The pod and showers only get scrubbed a few weeks before the A.C.A audits then once they have disappeared everything goes back to stinking. When the toilets and/or drains on the pod overflow than we have to find ways to get it off the cell floor plus use soap to try to clean up afterwards because of staff refusal to do cell sanitation period. The staff picks and chooses who is allowed I.L.A.P. services everyweek and medical call based upon who they like and who hasn't beat on the cell door that week. We have to beat on the cell doors, set fires, flood, or refuse to allow them to close the tray slots just to get staff to come to the cell door than you must be able to take in at least one full can of mace before you are taken seriously. There is much proof of everything on the zone camera's because the Use of Force Camera's are either turned off when staff sprays or just do blatent wrongdoings, is edited for explicit content, and/or just taped over. Seriously, the administrator's call us Nigga's and Dog's. The white dudes are the Nigga's and every other color is called a Dog. I can't wait to testify to these truths and facts plus many many many more. Please let my voice be heard at a public trial Your HONOR!!

Pursuant to 28 U.S.C. 1746 I declare (or certify verify or state) under penalty of perjury that the foregoing is true and correct

Signed this __19__ day of __August__ 2018   Signature and MDOC# __193467,__ *Jierre Hall*

# Certificate OF Testimony

I, Tierre J. Hill, Do Here by Certify That I Will Testify For The Plaintiff, "C. Pinkston #148934", In Civil Action No., (5:18-cv-00108-DCB-MTP) I, Tierre J. Hill mdoc#193467, Have Discussed The Testimony At Hand With The Plaintiff And I Have Listed A "Brief Summary" Of My Testimony Of My Authenticated Testimony On The Plaintiff's Witness List!

This - the _____ 19th _____ Day Of _____ August _____ 2018

Signature: Tierre Hill

MDOC#: 193467

Address: Wilkerson Count Correctional Facility
Unit: H, J, K H pod cell# 101
P.O. Box 1889
2999 U.S Hwy 61 North
Woodville MS, 39669

"Witness Statement" Demetrius Williams 142783

This is a witness statement by I Demetrius Williams, why I am housed in cell 109, E Building, H pod in Wilkinson County Correctional Facility, next to Inmate Pinkston. On July 4th, 2018 I Demetrius Williams 142783 witnessed Captain J Green and Lt Gaston order officer L. Jackson not to serve offender Pinkston his lunch nor dinner tray. They even became verbally abusive and threatening to officer L. Jackson and stated that she would be written up for calling Captain Scott in order to override their insane order to not serve prisoner Pinkston his food period. On July 9th through July 13th, 2018 I ~~witnessed~~ witness captain J. Green and Lt. Gruden, Sgt. Jones, officer Hughey, and E.R.T. officer Chester. Refuse to serve prisoner Pinkston his lunch or dinner trays. They even mocked him verbally and put all his trays on the wall in front of his cell. They informed the next shift staff that he refused them, and to not give them to him. I heard Captain J. Green on Monday of July 9th 2018 tell inmate Pinkston that, "he was going to break 'him." Due to inmate Pinkston trying to get the A.C.A. auditor's attention that were walking in the sali-port of E Building, because we saw the Captain J. Green, Major, and Vice-president of M.T.C. re-directing them to other pod's. So as to hide the inhumane conditions on this pod, and prevent us for telling administrators of the torture tactics. On July 16 I witness this inmate (Pinkston), begging to see the warden and other officials get sprayed with mase that had the hole zone coughing. They refused to take him to medical. The nurse couldn't even come to his aide cause it choked her. I am a witness to the cruel and unusual punishments of M.D.OC. and MTC Facilities. They have been treating us like animals since the departure of our previous tormentor Christopher Epps. It's bigger than him the corruption is not gone. We're in a cell months at a time with no mental health, recreation, education, nor counseling, and were denied a trials worth of rights. I will gladly testify in front of America. There are many witnesses and camera footage!

Sincerely,
Sh. Demetrius Williams
#142783

Pursuant to 28 U.S.C. 1746 I declare (or certify, verify, or state) under penalty of perjury that foregoing is true and correct.

Signed this July 17th 2018
Sh. Demetrius Williams 142783

# "Certificate Of Testimony" July, 26th 2018

I, Demetrius Williams,
Do here by certify that I will testify for the Plaintiff, "Chaz Pinkston #148934," In Civil Action No. ( 5:18-cv -00103-DCB-MTP ") I, Demetrius Williams #142783 ~), Have discussed the testimony at hand with the plaintiff and (on going warfare as well) I have listed A "Brief," summary of my testimony off my authenticated testimony on the Plaintiff's, ( Witness List.)!

This the 2nd Day Of December 2018

Demetrius Williams #142783, Witness

"Witless statement"

On 7-4-18, I La'Terrance Cole, Cell # 107 witness Capt. J. Green And Lt. Gaston Order officer L. Jackson Not To Serve offender "Pinkston", His Lunch Nor Dinner Tray's sack Bag. They Even Became verbally Abusive And threatening To officer L. Jackson and stated that she would Be written up for Calling the staff Commander Ms Scott @ the Time, In Order To Over-Ride The Order That Left offender "Pinkston", without Something To Eat.

On 7-9-18 through July 13, 18, I, La'Terrance Cole witnessed Capt. Green And Lt. Gruden, Sgt. Joules, officer Hughey, And E.R.T officer Chester, Refuse To Serve prisoner "Pinkston" His Lunch Or Dinner trays. On the wall In Front of His Cell. I Heard Capt. J Green, On Monday of 7-9-18 tell prisoner "Pinkston" trying To get the "A.C.A" Auditor's Attention that were walking In the Sali-port Because we Saw the Capt., Major, And Vice President of M.T.C Re-Directing them To other Pod's.

So As to Hide the Inclumane Conditions on this Pod And prevent us From telling them About these Administrator's torture tactics. On 7-16-18 I, witness, Pinkston, Begging to speak with the Deputy warden of Security And Or programs yet was sprayed heavily like a Dog so much that ~~they~~ the Entire Zone started Coughing.

~~Then~~ As He was Begging For medical Attention Because He Couldn't see Nor Breath, Capt. J. Green and Lt. Gruden, Closed and Locked the tray slot and Refuse Him Any medical Attention And Care. I saw a Nurse Come Around

And she Tried to get "Pinkston" Out of the Cell to Be "Decontaminated", But Capt. Green And Lt. ~~Cruden~~ Cruden said He Not Coming Out of His Cell Today. He Can Die For All I Care, He gone write it up Anyway. And Told the Nurse To Come On. And they left off the Tier.

I, Also Heard Capt. Green Tell the Nurse, yeah, I used a "use of Force" On His Stupid Ass. He think He Know Everything, And wanna Do Paper work About Everything He See. "Pelco" Need To Be Rolling Cause my Camera wasn't Even On. They laughed And told the Nurse to Come On. She walked Away Coughing And shaking Her Head.

This Is Just Some of the "Deliberate Indifference" were Being subjected too And these Administrator's Advocate, Promote, And Enforce Here In "Wilkison County Correctional Facility." I will gladly testify To this and more. There Are many witness and much Camera Footage On the Zone Cameras that Corraborate and Verify this statement.

Pursuant to 28 U.S.C. 1746, I Declare (Or Certify, verify, Or state) under Penalty of Perjury that Foregoing Is true And Correct.

Signed this ___16___ Day of July ___, 20_18_.
Signed: La Terrance Cole #67540

"Certificate of Testimony"

I, La'Terrance Cole, Do Hereby Certify that I will Testify For the Plaintiff Chaz Pinckston #148934, In Civil Action No. (    )

I, La'Terrance Cole, Have Discussed the Testimony with Plaintiff, And I Have Listed A Brief Summary of my Authenticated Testimony On The Plaintiff's Witness List.

This the __12__ Day of December 2018

Witness, La'Terrance Cole #67540

January 18th, 2019

From: Chaz Pinkston
M.D.O.C. #148934
Wilkinson County Correctional
Unit: H·J·K H-pod Cell#208
P.O. Box 1889
2999 U.S. HWY 61 North
Woodville, MS 39669

To: Kenneth E. Cleveland, M.D.
   Executive Director
     of
Mississippi State Board Of Medical Licensure

Re: Chaz D. Pinkston, #148934 v. Pelicia Hall, et al.
    Civil Action No. 5:18-cv-00103-DCB-MTP

Please keep a copy of this second letter for your records because I am doing so for legal purposes. I am writing you about my continously being denied adequate and appropiate treatment and care by doctor-James Burke, doctor-Gloria Perry, and Medical Administrator-Mike Hattan especially regarding my severe and out of control skin disease(s)! James Burke refuses to treat me for anything as well as banned me from going to the clinic while he is present due to my filing the above civil suit against him and the other two aforementioned.

I know my family spoke with your investigator - Ms. Kaun and they filed an official complaint with multiple pictures of my skin deterioration from when they saw me prior. Well, my skin is worse than that now and it has spread to over 75% of my body now. I was informed by some nurses before their quitting last year that their V.P. of Centurion Of Mississippi, LLC - April Meggs, M.D. James Burke, and M.D.O.C. Medical Administrator - Mike Hattan told them in the quarterly meeting that I would only be allowed to go see a Dermatologist if the specialist was very cheap, otherwise I would never go see one. Yes, their continous prolonged refusal has left my diseases to become so out of control that it is causing other serious problems plus spawning new skin diseases. Now, though, due to current litigation they are entertaining the idea but only if it is dirt cheap so as to not affect their bonuses. With a budget right now of seventy-three million ($73,000,000.00) their still being greedy. They also get another major budget increase this year but still sub-standard or no care nor treatment for us prisoners. We're their farm animals meant to only service their private

wants and gains. They are also keeping this place completely understaffed with only 3 nurses in the day shifts and two or one at night while James Burke is the only doctor here for nine hundred twenty seven (927) prisoners here on a monthly average.

I thank you for your time, patience, and efforts in this situation. Hopefully, I will see you in Court as a "material witness" due to all the letters and complaints filed by me and my family.

Respectfully,
'Sir' Chaz Pinkston

January 14th 2019

From: Chaz Pinkston
M.D.O.C.# 148934
Wilkinson County Correctional Facility
Unit: H.J.K H-pod Cell #108
P.O. Box 1889
2999 U.S. HWY 61 North
Woodville, MS 39669

To: Executive Director
Mississippi Board Of Nursing

Re: 5:18-cv-00103-DCB-MTP

This is the third (3) letter I have written you concerning Head Site Administrator (H.S.A.) Nathaniel Reed here at this facility. He is still allowing non-medical personnel to dictate who and what prisoners in Long-Term Segregation go to the clinic plus their care. This is continuing to allow more of us not receive any care or get even less than the minimum. He along with V.P.-Registered Nurse-April Meggs are denying me medical treatment and care to see an outside Dermatologist in order to save money so that their four (4) or more yearly bonuses remain overweight.

They haven't been able to find a cheap Dermatologist due to my condition (s) being so terrible plus their having been informed of my continous deterioration. So now their just sitting idlely awaiting to see if I win my civil case against them. Their refusing to even refill and reorder my medications like Propanolol which I take for migraine(s). They still refuse to hire adequate staffing for the nine hundred twenty seven-(927) prisoners that are here in order to get us adequate and routine medical care plus appropiate treatment. They continue to just keep the one doctor here as a way to keep their bonuses fat plus due to him purposefully not treating majority of the prisoners timely nor appropiately or at all;which is also the way they keep tons of of money saved for those overweight bonuses four-(4) times a year.

Their are still only three (3) nurses on day shift with only two or one on night shift. Please keep a copy of this letter because I am for legal purposes. I look forward to hearing from you.

Respectfully,
'Sir'        Chaz Pinkston