ODCCROFHZ0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Housing History
### February 8, 2021

**Date From:** 05/14/2009          **Date To:** 02/08/2021

**Offender Name:** PINKSTON, CHAZ
**ID:**          148934                                    **FBI ID:**
**SID:**                                                   **SSN:** ▓▓▓▓▓▓

**Booking #:** A                    **Booking Date:** 05/14/2009 10:59:00

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ | 05/14/2009 10:59:00 | 05/18/2009 17:06:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF R & C TRANSIENT, ZONE L, BED 0224 | 05/18/2009 17:06:00 | 05/19/2009 15:14:00 |
| CMCF R & C TRANSIENT, ZONE L, BED 0225 | 05/19/2009 15:14:00 | 05/22/2009 21:47:00 |
| CMCF QB, BLD C, ZONE D, BED 0427 | 05/22/2009 21:47:00 | 05/27/2009 11:58:00 |

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ | 05/27/2009 11:58:00 | 06/12/2009 16:32:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF QB, BLD C, ZONE D, BED 0462 | 06/12/2009 16:32:00 | 06/25/2009 07:56:00 |

**Facility:** WGCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WGCF | 06/25/2009 07:56:00 | 06/25/2009 14:16:00 |
| WGCF 5C, BED 012L | 06/25/2009 14:16:00 | 07/30/2009 15:59:00 |
| WGCF 6B, BED 030U | 07/30/2009 15:59:00 | 08/10/2009 14:03:00 |
| WGCF 4C, BED 6403U | 08/10/2009 14:03:00 | 08/28/2009 09:30:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 08/28/2009 09:30:00 | 08/28/2009 10:41:00 |
| CMCF 720, BLD C, ZONE D, BED 0321T | 08/28/2009 10:41:00 | 08/31/2009 08:41:00 |

**Facility:** D. C. F.

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| D. C. F. | 08/31/2009 08:41:00 | 10/30/2009 12:54:00 |
| DCF BLD C POD B - TVC, BED 0015 | 10/30/2009 12:54:00 | 11/12/2009 08:40:00 |
| DCF BLD C POD A - TVC, BED 002▓ | ▓2/2009 08:40:00 | 02/23/2011 09:51:00 |

**EXHIBIT**

**D**

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ RAYMND | 02/23/2011 09:51:00 | 06/30/2011 10:57:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF R&C, ZONE D, BED 080T | 06/30/2011 10:57:00 | 07/07/2011 00:00:00 |
| CMCF 1A, BLD F, ZONE A, BED 0095 | 07/07/2011 00:00:00 | 07/20/2011 08:17:00 |

**Facility:** D. C. F.

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| D. C. F. | 07/20/2011 08:17:00 | 07/20/2011 15:59:00 |
| DCF BLD C POD A - TVC, BED 0050 | 07/20/2011 15:59:00 | 08/26/2011 12:53:00 |

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ | 08/26/2011 12:53:00 | 01/09/2012 12:02:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF 1A, BLD F, ZONE A, BED 0094 | 01/09/2012 12:02:00 | 02/23/2012 09:03:00 |

**Facility:** SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 02/23/2012 09:03:00 | 02/23/2012 17:00:00 |
| SMCI 2, BLD B2, ZONE A, BED 0097 | 02/23/2012 17:00:00 | 03/16/2012 15:00:00 |
| SMCI 2, BLD C2, ZONE B, BED 0191 | 03/16/2012 15:00:00 | 07/06/2012 11:55:00 |

**Facility:** CENTRAL MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ | 07/06/2012 11:55:00 | 08/03/2012 16:12:00 |

**Facility:** CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF R&C, ZONE D, BED 080B | 08/03/2012 16:12:00 | 08/28/2012 10:01:00 |
| CMCF 1A, BLD F, ZONE B, BED 0155 | 08/28/2012 10:01:00 | 08/31/2012 08:46:00 |

**Facility:** SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 08/31/2012 08:46:00 | 08/31/2012 17:00:00 |
| SMCI 2, BLD B2, ZONE A, BED 0082 | 08/31/2012 17:00:00 | 09/04/2012 14:30:00 |
| SMCI 2 INFIRMARY | 09/04/2012 14:30:00 | 09/06/2012 12:00:00 |
| SMCI 2, BLD B2, ZONE A, BED 0082 | 09/06/2012 12:00:00 | 09/06/2012 16:06:00 |
| SMCI 2, BLD E2, ZONE B, BED 0111 | 09/06/2012 16:06:00 | 10/09/2012 18:10:00 |
| SMCI 2, BLD B2, ZONE B, BED 0109 | 10/09/2012 18:10:00 | 10/17/2012 19:30:00 |

| | | |
|---|---|---|
| SMCI 2, BLD B2, ZONE B, BED 0194 | 10/17/2012 19:30:00 | 10/20/2012 17:40:00 |
| SMCI 2, BLD B2, ZONE B, BED 0109 | 10/20/2012 17:40:00 | 11/07/2012 05:00:00 |

**Facility: WILKINSON CCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WILKINSON CCF | 11/07/2012 05:00:00 | 11/07/2012 16:42:00 |
| WCCF BUILDING G, POD X, BED 206L | 11/07/2012 16:42:00 | 12/10/2012 16:52:00 |
| WCCF BUILDING D, POD A, BED 202U | 12/10/2012 16:52:00 | 12/11/2012 14:58:00 |
| WCCF BUILDING E, POD F, BED 107U | 12/11/2012 14:58:00 | 12/16/2012 01:04:00 |
| WCCF BUILDING F, POD Q, BED 104L | 12/16/2012 01:04:00 | 12/26/2012 15:59:00 |
| WCCF BUILDING F, POD Q, BED 207U | 12/26/2012 15:59:00 | 05/24/2013 11:44:00 |

**Facility: SMCI**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 05/24/2013 11:44:00 | 05/24/2013 20:30:00 |
| SMCI 2, BLD B2, ZONE A, BED 0065 | 05/24/2013 20:30:00 | 05/28/2013 16:26:00 |
| SMCI 2, BLD D2, ZONE B, BED 0135 | 05/28/2013 16:26:00 | 05/29/2013 12:30:00 |
| SMCI 2, BLD D2, ZONE B, BED 0137 | 05/29/2013 12:30:00 | 07/20/2013 15:05:00 |
| SMCI 2, BLD B2, ZONE A, BED 0100 | 07/20/2013 15:05:00 | 07/20/2013 15:05:00 |
| SMCI 2, BLD D1, ZONE B, BED 0149 | 07/20/2013 15:05:00 | 07/20/2013 15:06:00 |
| SMCI 2, BLD B2, ZONE A, BED 0100 | 07/20/2013 15:06:00 | 07/20/2013 17:00:00 |
| SMCI 2, BLD D2, ZONE B, BED 0143 | 07/20/2013 17:00:00 | 09/09/2013 16:56:00 |
| SMCI 2, BLD C1, ZONE A, BED 0091 | 09/09/2013 16:56:00 | 12/01/2013 13:52:00 |

**Facility: CENTRAL MISSISSIPPI COUNTY JAIL**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| HINDS CJ | 12/01/2013 13:52:00 | 02/12/2014 15:37:00 |

**Facility: CMCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF 1A, BLD A, ZONE HA, BED 0006 | 02/12/2014 15:37:00 | 03/05/2014 17:01:00 |
| CMCF 720, BLD B, ZONE D, BED 0266 | 03/05/2014 17:01:00 | 03/12/2014 08:48:00 |

**Facility: SMCI**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 03/12/2014 08:48:00 | 03/12/2014 15:00:00 |
| SMCI 2, BLD B2, ZONE A, BED 0043 | 03/12/2014 15:00:00 | 03/25/2014 19:00:00 |
| SMCI 2, BLD A2, ZONE A, BED 0093 | 03/25/2014 19:00:00 | 05/27/2014 10:40:00 |

**Facility: CMCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 05/27/2014 10:40:00 | 05/27/2014 15:11:00 |
| CMCF 720, BLD C, ZONE D, BED 0333T | 05/27/2014 15:11:00 | 05/27/2014 20:28:00 |
| CMCF 720, BLD C, ZONE D, BED 0336 | 05/27/2014 20:28:00 | 05/29/2014 15:51:00 |

| | | |
|---|---|---|
| CMCF 720 MAX, BED 0003 | 05/29/2014 15:51:00 | 05/30/2014 09:04:00 |

**Facility: EAST MISS. CCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| EAST MISS. CCF | 05/30/2014 09:04:00 | 05/30/2014 10:15:00 |
| EMCF UNIT 1, POD C, BED 206L | 05/30/2014 10:15:00 | 07/02/2014 12:37:00 |
| EMCF UNIT 6, POD B, BED 115L | 07/02/2014 12:37:00 | 07/23/2014 16:53:00 |
| EMCF UNIT 1, POD C, BED 205L | 07/23/2014 16:53:00 | 10/01/2014 20:27:00 |
| EMCF UNIT 1, POD C, BED 102L | 10/01/2014 20:27:00 | 10/14/2014 08:44:00 |
| EMCF UNIT 5, POD D, BED 105L | 10/14/2014 08:44:00 | 10/21/2014 11:56:00 |
| EMCF UNIT 6, POD D, BED 214L | 10/21/2014 11:56:00 | 10/29/2014 22:01:00 |
| EMCF MEDICAL, BED 0512 | 10/29/2014 22:01:00 | 11/17/2014 17:33:00 |
| EMCF UNIT 3, POD C, BED 216T | 11/17/2014 17:33:00 | 12/08/2014 19:00:00 |
| EMCF MEDICAL, BED 0522 | 12/08/2014 19:00:00 | 12/10/2014 14:00:00 |
| EMCF UNIT 6, POD D, BED 104L | 12/10/2014 14:00:00 | 12/19/2014 16:58:00 |
| EMCF UNIT 1, POD C, BED 205L | 12/19/2014 16:58:00 | 12/22/2014 15:42:00 |
| EMCF UNIT 6, POD D, BED 114L | 12/22/2014 15:42:00 | 01/05/2015 16:00:00 |
| EMCF UNIT 1, POD C, BED 105T | 01/05/2015 16:00:00 | 01/07/2015 15:59:00 |
| EMCF UNIT 6, POD D, BED 201L | 01/07/2015 15:59:00 | 01/09/2015 11:34:00 |

**Facility: CMCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 01/09/2015 11:34:00 | 01/09/2015 11:45:00 |
| CMCF R&C, ZONE G, BED 0126 | 01/09/2015 11:45:00 | 01/23/2015 13:19:00 |
| CMCF R&C, ZONE H, BED 0159 | 01/23/2015 13:19:00 | 02/10/2015 08:42:00 |
| CMCF R & C TRANSIENT, ZONE L, BED 0238 | 02/10/2015 08:42:00 | 02/15/2015 11:20:00 |
| CMCF R&C, ZONE G, BED 0127 | 02/15/2015 11:20:00 | 03/02/2015 21:27:00 |
| CMCF R&C, ZONE H, BED 0146 | 03/02/2015 21:27:00 | 03/12/2015 15:18:00 |
| CMCF R & C TRANSIENT, ZONE L, BED 0223 | 03/12/2015 15:18:00 | 03/12/2015 15:25:00 |
| CMCF R&C, ZONE H, BED 0146 | 03/12/2015 15:25:00 | 03/30/2015 08:48:00 |

**Facility: MSP**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 03/30/2015 08:48:00 | 03/30/2015 10:13:00 |
| UNIT 29 | 03/30/2015 10:13:00 | 03/30/2015 14:00:00 |
| UNIT 29, BLD L, ZONE A, BED 0036 | 03/30/2015 14:00:00 | 03/30/2015 14:09:00 |
| UNIT 29, BLD L, ZONE A, BED 0036 | 03/30/2015 14:09:00 | 07/01/2015 07:18:00 |
| UNIT 29, BLD G, ZONE B, BED 0116 | 07/01/2015 07:18:00 | 10/23/2015 12:04:00 |
| UNIT 29, BLD A, ZONE A, BED 0034 | 10/23/2015 12:04:00 | 12/11/2015 06:52:00 |

**Facility: CMCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 12/11/2015 06:52:00 | 12/11/2015 13:40:00 |

| | | |
|---|---|---|
| CMCF R&C, ZONE H, BED 0156 | 12/11/2015 13:40:00 | 12/18/2015 15:53:00 |
| CMCF R & C TRANSIENT, ZONE K, BED 0218 | 12/18/2015 15:53:00 | 01/18/2016 14:11:00 |
| CMCF R & C TRANSIENT, ZONE L, BED 0230 | 01/18/2016 14:11:00 | 02/11/2016 16:10:00 |
| CMCF R&C, ZONE J, BED 0185 | 02/11/2016 16:10:00 | 02/12/2016 10:21:00 |
| CMCF R&C, ZONE H, BED 0148 | 02/12/2016 10:21:00 | 04/04/2016 08:10:00 |

**Facility: WILKINSON CCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WILKINSON CCF | 04/04/2016 08:10:00 | 04/04/2016 10:55:00 |

**Facility: SMCI**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI 1, BLD 07, ZONE A, BED T204L | 04/04/2016 10:55:00 | 04/12/2016 14:34:00 |
| SMCI 1, BLD 07, ZONE A, BED T201U | 04/12/2016 14:34:00 | 05/16/2016 20:00:00 |
| SMCI 1, BLD 07, ZONE B, BED T302 | 05/16/2016 20:00:00 | 05/31/2016 18:52:00 |
| SMCI 1, BLD 07, ZONE B, BED T411 | 05/31/2016 18:52:00 | 06/02/2016 08:05:00 |

**Facility: WILKINSON CCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WILKINSON CCF | 06/02/2016 08:05:00 | 06/02/2016 16:03:00 |
| WCCF BUILDING D, POD E, BED 108U | 06/02/2016 16:03:00 | 07/15/2016 09:05:00 |

**Facility: CMCF**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF | 07/15/2016 09:05:00 | 07/15/2016 13:05:00 |
| CMCF R&C, ZONE H, BED 0148 | 07/15/2016 13:05:00 | 07/18/2016 09:52:00 |

**Facility: MSP**

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| MSP | 07/18/2016 09:52:00 | 07/18/2016 15:38:00 |
| HOSPITAL, SOUTH WARD, BED 211 | 07/18/2016 15:38:00 | 08/25/2016 14:56:00 |
| HOSPITAL, SOUTH WARD, BED 213 | 08/25/2016 14:56:00 | 08/25/2016 18:33:00 |
| HOSPITAL, SOUTH WARD, BED 211 | 08/25/2016 18:33:00 | 10/06/2016 15:24:00 |
| UNIT 29 | 10/06/2016 15:24:00 | 10/06/2016 15:48:00 |
| UNIT 29, BLD J, ZONE B, BED 0082 | 10/06/2016 15:48:00 | 10/06/2016 16:18:00 |
| UNIT 29 | 10/06/2016 16:18:00 | 10/06/2016 18:19:00 |
| UNIT 29, BLD A, ZONE B, BED 0049 | 10/06/2016 18:19:00 | 12/06/2016 13:20:00 |
| UNIT 29, BLD A, ZONE B, BED 0054 | 12/06/2016 13:20:00 | 03/03/2017 16:04:00 |
| UNIT 29, BLD L, ZONE B, BED 0096 | 03/03/2017 16:04:00 | 05/18/2017 13:57:00 |
| UNIT 29, BLD A, ZONE B, BED 0061 | 05/18/2017 13:57:00 | 08/07/2017 06:10:00 |
| UNIT 29, BLD L, ZONE B, BED 0110 | 08/07/2017 06:10:00 | 01/05/2018 18:35:00 |
| UNIT 29, BLD J, ZONE B, BED 0108 | 01/05/2018 18:35:00 | 01/24/2018 13:44:00 |
| MSP | 01/24/2018 13:44:00 | 01/24/2018 17:11:00 |

**Facility:  WILKINSON CCF**

| <u>Housing Location:</u> | <u>Housing Start Date:</u> | <u>Housing End Date:</u> |
|---|---|---|
| WILKINSON CCF | 01/24/2018 17:11:00 | 01/24/2018 20:00:00 |
| WCCF BUILDING E, POD H, BED 108L | 01/24/2018 20:00:00 | 11/09/2020 16:03:00 |
| WCCF BUILDING E, POD F, BED 112L | 11/09/2020 16:03:00 | 01/15/2021 14:55:00 |

**Facility:  EAST MISS. CCF**

| <u>Housing Location:</u> | <u>Housing Start Date:</u> | <u>Housing End Date:</u> |
|---|---|---|
| EAST MISS. CCF | 01/15/2021 14:55:00 | 01/15/2021 15:58:00 |
| EMCF UNIT 5, POD A, BED 105L | 01/15/2021 15:58:00 | 01/21/2021 00:00:00 |
| EMCF UNIT 5, POD A, BED 103L | 01/21/2021 00:00:00 | [CURRENT] |