IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHAZ D. PINKSTON                                                                PLAINTIFF

v.                                                              CIVIL ACTION NO. 5:18-cv-103-MTP

JODY BRADLEY, ET AL.                                                          DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on Defendants' Motions for Summary Judgment [183] [216] [223] [227] [346] and decisions having been duly rendered by Opinion and Order [18], Order [151], Opinion and Order [288], Order [309], Order [310], and the Opinion and Order filed this date,

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's claims against Trinity Services Group, Inc. and Delvittia Davis are DISMISSED without prejudice.

2. Plaintiff's claims against Justin Green, Robert Marquardt, and Robyn Williams concerning the adequacy of food are DISMISSED without prejudice.

3. Plaintiff's claims against Defendant Jody Bradley, Gabriel Walker, Tonya Toomey, Terry Daniels, Justin Green, Karen Brown, Delando Miles, Bessie McKnight, and MTC concerning the cleanliness of Plaintiff's cell are DISMISSED without prejudice.

4. Plaintiff's remaining claims are DISMISSED with prejudice.

This, the ___3rd___ day of March, 2022.

Michael T. Parker
United States Magistrate Judge